IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEANNE BROSIUS

v.                                              NO.  11-CV-7823

NCO FINANCIAL SYSTEMS, INC.

FILED
FEB 23 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE SLOMSKY, J.

   AND NOW, to wit, this 23rd day of February, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
   It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Richard Sabol, Deputy Clerk

judg